**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AVIN,

                                                                    **ORDER**

                                    Plaintiff,

                                                                    **25-cv-7001 (JW)**

                    -against-

CITY OF NEW YORK,

                                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The parties are ordered to file a joint status letter within one week of the

conclusion of the April 9, 2026 mediation.

        SO ORDERED.

DATED:     New York, New York
           March 17, 2026

                                    _____
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge